**FILED**

APR 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00299-DLJ (DMR) |
| Plaintiff, | |
| v. | DETENTION ORDER |
| JONATHAN MATTHEW WHITEHEAD, a/k/a "John White," | |
| Defendant. | |

## I. DETENTION ORDER

Defendant Jonathan Matthew Whitehead is charged in a two-count indictment with possession with intent to distribute methamphetamine (in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C)), and possession with intent to distribute, and distribution of, methamphetamine (in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B)(viii)). On April 20, 2010, the United States moved for Mr. Whitehead's detention pursuant to 18 U.S.C. § 3142(f). Pretrial Services prepared a full bail study at the request of Mr. Whitehead. On April 23, 2010, Mr. Whitehead waived his right to proffer information at this time. *See* 18 U.S.C. § 3142(f) (a defendant has the

DETENTION ORDER
No. CR-10-00299-DLJ (DMR)                    1

cc:  Copy to parties via ECF, Frances, Pretrial Services, 2 Certified Copies to
US Marshal

1  right at a Section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses,

2  to cross-examine adverse witnesses, and to present information by proffer or otherwise).  Mr.

3  Whitehead expressly retained his right to raise any additional relevant information at a later

4  hearing.

5       The Government is entitled to a rebuttable presumption in this case that no condition or

6  combination of conditions in section 3142(c) will reasonably assure the defendant's appearance

7  in this case or the safety of any other person or the community.  *See* 18 U.S.C. § 3142(e)(3)(A).

8  Mr. Whitehead did not offer information to rebut the presumption.

9  II. CONCLUSION

10       The Court detains Mr. Whitehead.  Because Mr. Whitehead waived his right to present

11  information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later

12  hearing, the Court orders that the hearing may be reopened at the request of Mr. Whitehead at

13  any future time.  Mr. Whitehead shall remain committed to the custody of the Attorney General.

14

15  IT IS SO ORDERED.

16

17

18  DATED: April 23, 2010

               DONNA M. RYU

19                 United States Magistrate Judge

20

21

22

23

24

25

26

27

28

DETENTION ORDER
No. CR-10-00299-DLJ (DMR)       2